IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01628-BNB

FRANKIE MCCONNELL, also known as
FRANKIE L. MCCONNELL,

    Plaintiff,

v.

MICHELLE ABEYTA,
JOHN SCOLERI, and
LAURIE TAFOYA,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff, Frankie McConnell, also known as Frankie L. McConnell, currently resides at the Arapahoe County Residential Center in Littleton, Colorado. Ms. McConnell filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Her alias has been added to the caption of this order.

    On June 21, 2013, Magistrate Judge Boyd N. Boland entered an order directing Ms. McConnell to cure certain deficiencies in the case within thirty days. Specifically, she was directed either to file a nonprisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 because she no longer was incarcerated or to pay the $400.00 filing fee. The June 21 order to cure warned Ms. McConnell that if she failed to cure the designated deficiencies as directed within thirty days, the action would be dismissed without prejudice and without further notice. Ms. McConnell has failed within

the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.  Therefore, the Court will dismiss this action for failure to cure deficiencies and failure to prosecute.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. McConnell files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the clerk of the Court add the alias, Frankie L. McConnell, to the docketing records of this action.  It is

FURTHER ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Frankie McConnell, to cure the deficiencies designated in the order of June 21, 2013, and for her failure to prosecute.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied as moot.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  30th  day of   July  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court