**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01628-LTB

FRANKIE MCCONNELL, also known as
FRANKIE L. MCCONNELL,

    Plaintiff,

v.

MICHELLE ABEYTA,
JOHN SCOLERI, and
LAURIE TAFOYA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motions for leave to proceed pursuant to 28 U.S.C. § 1915 (ECF No. 9) and for recusal (ECF No. 10) that Plaintiff, Frankie L. McConnell, submitted *pro se* on September 25, 2013.  This case was dismissed on July 30, 2013 (ECF No. 6), and the judgment (ECF No. 7) was entered on the next day.  Therefore, the motions are DENIED as moot.

Dated:  October 8, 2013